[No. 2206–2.  Division Two.  August 23, 1977.]

MILDRED BRASHER, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 233589, William L. Brown, Jr., J., entered
December 19, 1975. *Affirmed* by unpublished opinion per

Henry J. Pro Tem., concurred in by Petrie, C.J., and Reed, J.